# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FRANK LAWSHEA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:12-CV-0783-AGF |
| | ) |
| JEFF NORMAN, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition for habeas relief has not been filed on a court-provided form, nor is the typed petition signed or verified. Both this Court's Local Rule 2.06(A) and Rule 2(d) of the Rules Governing Section 2254 Cases in the United States District Courts give this Court the authority to order petitioner to amend his petition by filing it on a court-provided form. And Rule 2(c)(5) of the Rules Governing § 2254 Petitions requires that all § 2254 petitions be signed under penalty of perjury. The Court will order petitioner to amend his petition using the court-provided form, and his amended petition must be signed and verified prior to returning the application for writ to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall forward to petitioner, with a copy of this Order, the form for filing a "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody."

**IT IS FURTHER ORDERED** that petitioner shall complete the form and return it within thirty (30) days from the date of this order.

**IT IS FURTHER ORDERED** that if petitioner fails to complete and return this form within thirty (30) days, the Court will dismiss this action without prejudice.

**IT IS FURTHER ORDERED** that upon petitioner's filing of the form petition, the Clerk shall resubmit this matter to the Court for review pursuant to Rule 4 of the Rules Governing § 2254 Cases.

Dated this 8th day of May, 2012.

/s/ Audrey G. Fleissig
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE